**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 20-80037-CV-MIDDLEBROOKS/BRANNON**

NICK ROGERS, as an individual and on
behalf of all others similarly situated,

      Plaintiff,

vs.

NOW HOME BUYERS LLC dba
WHOLESALE FLORIDA HOMES, INC.,
A Florida Corporation

      Defendants.

_____/

**<u>STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE</u>**

      Plaintiff, NICK ROGERS, individually, and Defendant, NOW HOME BUYERS LLC ("Defendant"), pursuant to F.R.C.P. 41(2), hereby enter into this Stipulation for Final Order of Dismissal with Prejudice, and stipulate as follows:

      1.     On February 3, 2020, the Parties advised the Court by telephone that the Parties have reached a settlement.

      2.     On February 3, 2020, the Court issued its Paperless Order directing the Parties to file closing documents. [D.E. 7].

      3.     The Parties hereby request and stipulate to entry of the attached[1] order dismissing the case with prejudice with the Court retaining jurisdiction to enforce the terms of the settlement agreement.

_____

[1] The stipulated Order is attached as Exhibit 1

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter the Order attached hereto, or other similar Order of Dismissal with Prejudice wherein the Court retains jurisdiction to enforce the terms of the Settlement.

DATED this 19th day of March, 2020                Respectfully Submitted,

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
E-Mail: JEggnatz@JusticeEarned.com
Michael J. Pascucci, Esq. (Fla. Bar No.: 0083397)
E-Mail: Mpascucci@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Rd., Ste. 230
Davie, FL 33314
Telephone: 954-889-3359
Facsimile: 954-889-5913

*Attorneys for Plaintiff*

*/s/ Craig Martinez*
Managing Member
Now Home Buyers, LLC
703 Shotgun Road
Sunrise, FL 33326

*On behalf of Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties on the attached Service List on this 19th day of March 2020.

By */s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq

## SERVICE LIST
Managing Member
Now Home Buyers, LLC
703 Shotgun Road
Sunrise, FL 33326
triplej7777@yahoo.com

2