UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE No. 20-80037-CV-MIDDLEBROOKS/BRANNON**

NICK ROGERS, as an individual and on
behalf of all others similarly situated,

    Plaintiff,

vs.

NOW HOME BUYERS LLC dba
WHOLESALE FLORIDA HOMES, INC.,
A Florida Corporation

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Stipulation for Final Order of Dismissal [D.E. 9] pursuant to F.R.C.P. 41(2) ("Stipulation"), and Court having reviewed the Stipulation and being otherwise fully advised in the premises herein, it is hereby:

**ORDERED AND ADJUDGED** that pursuant to F.R.C.P. 41(2), the above entitled cause between Plaintiff, NICK ROGERS, individually, and Defendant, NOW HOME BUYERS LLC, is hereby dismissed with prejudice with each part to bear their own costs and attorney's fees. The Court retains jurisdiction to enforce the terms of the settlement.

**DONE AND ORDERED** in Fort Lauderdale, FL this ____ day of_____, 2020.

                                                                       DONALD M. MIDDLEBROOKS
                                                                       UNITED STATES DISTRICT JUDGE